IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RODOLFO HERNANDEZ,

   Defendant.

CRIMINAL FILE NO.
1:08-CR-189-6-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 459] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 444]. The Defendant's Objections are without merit for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Defendant's Motion to Vacate Sentence [Doc. 444] is DENIED.

SO ORDERED, this 13 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge